UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NAM-HOANG NGUYEN,

                Petitioner,                  Case No. 1:25-cv-907

v.                                   Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

### ORDER TO PROCEED IN FORMA PAUPERIS

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2241. Based upon the facts alleged, it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). Accordingly,

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*. Petitioner may commence this action without prepayment of fees or costs or security therefor

Dated:   April 23, 2026                /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge