UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NAM-HOANG NGUYEN,

                Petitioner,                      Case No. 1:25-cv-907

v.                                         Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody, subject to any conditions that existed under Petitioner's Order of Supervision.

**IT IS FURTHER ORDERED** that Respondents are enjoined from re-detaining Petitioner absent a material change in circumstances unless the requirements of due process have been satisfied.

**IT IS FURTHER ORDERED** that, within three days of the issuance of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment.

**IT IS FURTHER ORDERED** that the United States Attorney General is **DISMISSED** as a Respondent in this matter.

Dated:   April 23, 2026                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge